## Estate of James Donnelly, Deceased.

Argued May 4, 1934.

Before TREXLER, P. J., KELLER, CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and JAMES, JJ.

*Thomas E. Whitten,* Assistant County Solicitor, and with him *J. P. Fife,* County Solicitor, and *John H. Lauer,* for appellant.

*George E. Alter,* and with him *A. C. Teplitz, Arthur M. Scully* and *Edwin W. Smith,* for appellees.

PER CURIAM, July 13, 1934:

The decree is affirmed on the opinion of TRIMBLE, President Judge of the orphans' court. The appellant is to pay the costs.